UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALKIDAN BERHE GEBREKIRSTOS, | No. 2:25-cv-02283-DJC-CKD (PS) |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., | |
| Defendants. | |

Plaintiff Kalkidan Berhe Gebrekirstos is proceeding pro se in this action. On August 12, 2025, plaintiff filed a petition for writ of mandamus, but did not physically sign the petition. On August 27, 2025, the Court issued a minute order instructing plaintiff to file a physically signed copy of the petition by September 10, 2025. (ECF No. 4.) That deadline has now passed, and plaintiff has not filed a signed copy of the petition.

IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why her failure to comply with the Court's August 27, 2025, order should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of a signed

/////

/////

////

1

1  petition within this timeframe will serve as cause and will discharge this order. If plaintiff fails to
2  respond, the Court will recommend dismissal of this action pursuant to Local Rule 110.
3  Dated: October 10, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, gebr.2283.25

2